UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHEILA RAHBARI, on Behalf of Herself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>NEXCEN BRANDS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS, GLOBAL FRANCHISE GROUP, LLC, DAVID OROS, KENNETH J. HALL, JAMES T. BRADY, PAUL CAINE, EDWARD J. MATHIAS and GEORGE STAMAS,<br><br>   Defendants. | The Honorable Richard J. Holwell<br><br>Civil Action No.1:10-cv-05695-RJH |

## APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Named Defendant Levine Leichtman Capital Partners and Defendant Global Franchise Group, LLC, and certifies that he is admitted to practice in this Court. Please serve all papers in the above-captioned action to the undersigned.

Respectfully submitted,

/s/ Joseph Aviv
Joseph Aviv (JA7982)
HONIGMAN MILLER SCHWARTZ & COHN LLP
Suite 1000
38500 Woodward Avenue
Bloomfield Hills, Michigan 48304-5048
Telephone: (248) 566-8404
Facsimile: (248) 566-8405
javiv@honigman.com

*Attorney for Named Defendant Levine Leichtman Capital Partners and Defendant Global Franchise Group, LLC*

Dated: Bloomfield Hills, Michigan
       August 16, 2010