UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHEILA RAHBARI, on Behalf of Herself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>NEXCEN BRANDS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS, GLOBAL FRANCHISE GROUP, LLC, DAVID OROS, KENNETH J. HALL, JAMES T. BRADY, PAUL CAINE, EDWARD J. MATHIAS and GEORGE STAMAS,<br><br>  Defendants. | The Honorable Richard J. Holwell<br><br>Civil Action No.1:10-cv-05695-RJH |

## CORPORATE DISCLOSURE STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate their possible disqualification or recusal, the undersigned attorneys of record for Named Defendant Levine Leichtman Capital Partners and Defendant Global Franchise Group, LLC ("GFG") certify that (1) GFG is wholly owned by its parent corporation, GFG Holding, Inc., and (2) there is no existing nongovernmental corporate entity named "Levine Leichtman Capital Partners."

Dated:  Bloomfield Hills, MI
August 16, 2010

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ & COHN LLP

/s/ Joseph Aviv
Joseph Aviv
Suite 100
38500 Woodward Avenue
Bloomfield Hills, Michigan 48304-5048
Telephone: (248) 566-8404
javiv@honigman.com

Mary E. Mulligan
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 833-1100
mmulligan@fklaw.com

*Attorneys for Named Defendant Levine Leichtman Capital Partners and Defendant Global Franchise Group, LLC*