UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHEILA RAHBARI, on Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>NEXCEN BRANDS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS, GLOBAL FRANCHISE GROUP, LLC, DAVID OROS, KENNETH J. HALL, JAMES T. BRADY, PAUL CAINE, EDWARD J. MATHIAS and GEORGE STAMAS,<br><br>        Defendants. | The Honorable Richard J. Holwell<br><br>Civil Action No. 1:10-cv-05695-RJH |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2010, a copy of the Appearance of Joseph Aviv was served on Richard B. Brualdi, William B. Federman, and Marc S. Henzel, attorneys for Plaintiff, by first class mail, as addressed below:

> Richard B. Brualdi
> The Brualdi Law Firm
> Suite 2400
> 29 Broadway
> New York, NY 10006
>
> William B. Federman
> Federman & Sherwood
> 10205 North Pennsylvania Avenue
> Oklahoma City, OK 73120
>
> Marc S. Henzel
> Law Offices of Marc Henzel
> Suite 202
> 273 Montgomery Avenue
> Bala Cynwyd, PA 19004

I further certify that on August 16, 2010, my colleague, Brock A. Swartzle, Esq., transmitted a copy of the Appearance by facsimile to Mr. Brualdi (212-952-0608) and by email to Mr. Federman (wbf@federmanlaw.com) and Mr. Henzel (mhenzel@henzellaw.com).

/s/ Joseph Aviv
Joseph Aviv
Suite 100
38500 Woodward Avenue
Bloomfield Hills, Michigan 48304-5048
Telephone: (248) 566-8404
javiv@honigman.com

*Attorney for Named Defendant Levine Leichtman Capital Partners and Defendant Global Franchise Group, LLC*