UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RAHBARI,  
                Plaintiff,

10 C 5695 (RJH)

-against-

NEXCEN BRANDS, INC.,  
                Defendant.
-------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending      [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Andrew Levine**

[x] Attorney

    [x] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: **AL-3552**; My State Bar Number is: **4495271**

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[x] Law Firm/Government Agency Association

    From: **Heller Ehrman LLP**

    To: **Friedman Kaplan Seiler & Adelman LLP**

    [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] Address: 1633 Broadway  
              New York, NY, 10019-6708

[x] Telephone No.: 212 833 1196

[x] Fax No.: 212 373 7996

[x] E-Mail Address:

Dated: 10/18/10

ATTORNEY'S SIGNATURE