UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHEILA RAHBARI, On Behalf of Herself and All Others Similarly Situated<br><br>　　　　　　Plaintiff,<br>vs.<br><br>NEXCEN BRANDS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS, GLOBAL FRANCHISE GROUP, LLC, DAVID OROS, KENNETH J. HALL, JAMES T. BRADY, PAUL CAINE, EDWARD J. MATHIAS and GEORGE STAMAS,<br><br>　　　　　　Defendants. | Civil Action No.: 1:10-cv-05695-RJH |

## NOTICE OF WITHDRAWAL OF MOTION TO REMAND

Plaintiff Soheila Rahbari hereby withdraws her pending Motion to Remand, which was filed on August 20, 2010. Defendants have not filed any briefs in response to this Motion and have assented to Plaintiff's withdrawal thereof.

Dated: September 16, 2010　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/William B. Federman
　　　　　　　　　　　　　　　　　　William B. Federman
　　　　　　　　　　　　　　　　　　FEDERMAN & SHERWOOD
　　　　　　　　　　　　　　　　　　10205 North Pennsylvania Avenue
　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73120
　　　　　　　　　　　　　　　　　　Tel.: (405) 235-1560
　　　　　　　　　　　　　　　　　　Fax: (405) 239-2112
　　　　　　　　　　　　　　　　　　WBF@federmanlaw.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Soheila Rahbari*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2010, I filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send email notification of such filing to all counsel of record as reflected on the service roster.

                                          _____s/William B. Federman_____
                                          William B. Federman