UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHEILA RAHBARI, On Behalf of Herself and All Others Similarly Situated<br><br>Plaintiff,<br>vs.<br><br>NEXCEN BRANDS, INC., LEVINE LEICHTMAN CAPITAL PARTNERS, GLOBAL FRANCHISE GROUP, LLC, DAVID OROS, KENNETH J. HALL, JAMES T. BRADY, PAUL CAINE, EDWARD J. MATHIAS and GEORGE STAMAS,<br><br>Defendants. | Civil Action No.: 1:10-cv-05695-RJH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Soheila Rahbari hereby voluntarily dismisses this action with prejudice.

Dismissal is proper pursuant to Fed. R. Civ. P. 41(a)(1)(i), as no class has been certified and no defendant has served an answer or motion for summary judgment.

Dated: September 16, 2010                         Respectfully submitted,

       /s/William B. Federman
William B. Federman
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Tel.: (405) 235-1560
Fax: (405) 239-2112
WBF@federmanlaw.com
*Counsel for plaintiff Soheila Rahbari*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2010, I filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send email notification of such filing to all counsel of record as reflected on the service roster.

                                                      s/William B. Federman
                                                  William B. Federman