# WILMERHALE

September 7, 2010

By Facsimile: 212-805-7948

**David M. Burkoff**
+1 212 295 6304 (t)
+1 212 230 8888 (f)
david.burkoff@wilmerhale.com

Honorable Richard J. Holwell
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

SEP - 7 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/10

Re: *Rahbari v. NexCen Brands, Inc., et al.*, No. 1:10-cv-05695-RJH

To The Honorable Richard J. Holwell:

We represent defendants NexCen Brands, Inc., David Oros, Kenneth J. Hall, James T. Brady, Paul Caine, Edward J. Mathias and George Stamas in the above-captioned action. Pursuant to my telephone call this afternoon with your law clerk and counsel for plaintiff Soheila Rahbari, I write on behalf of all of the parties to notify Your Honor that the parties are in the process of finalizing a settlement of this matter, and to request that today's deadline for responding to the plaintiff's pending motion to remand be held in abeyance pending finalization of the parties' settlement. The parties respectfully request a continuance of three weeks, to September 28, 2010, for the filing of any opposition to the motion to remand, during which time the parties expect to finalize the documentation of a settlement.

Thank you for your consideration.

Respectfully submitted,

David M. Burkoff
WILMER CUTLER PICKERING HALE and
DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

SO ORDERED
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
9/15/10

*Counsel for Defendants NexCen Brands, Inc.,
David Oros, Kenneth J. Hall, James T. Brady, Paul
Caine, Edward J. Mathias and George Stamas*

cc: All Counsel

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington